FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2005 JUN 13 PM 2:27
CLERK _____
SO. DIST. OF GA.

_Willie John Mercer SR_

(Enter above full name of plaintiff or plaintiffs)

CV605-052

v.

Racial Discrimination

_Homer Bell_

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ____   No ✓

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket number: _____

   4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?    Yes _____   No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
    Yes ✓  No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: *Willie J. Mercer SR*

   Defendants: *Homer Bell*

2. Court (name the district):

   *Candler Superior Court*

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____  No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes _____  No _____

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____  _____

II. Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution?  Yes _____  No _____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes _____  No _____

C. If your answer to B is yes:

1. What steps did you take? _____
_____
_____
_____
_____
_____

2. What was the result? _____
_____
_____
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ___ No ___

If yes, what was the result? _____

D. If you did not utilize the prison grievance procedure, explain why not: _____
Because the only grievance procedure is to write the sheriff and he's the guilty party in this case.

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Willie L. Mercer
Address: Mailing address Rte 3 Box 77-b21
Metter Ga. 30439.
Presently incarcerated Candler Co. Jail

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Homer Bell
Position: Sheriff
Place of employment: Candler Co. Sheriff's Dept
Current address: P.O. Box 693
Metter Ga. 30439

C. Additional defendants: _____

4

V.   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 11 I (Willie J Mercer) appeared in Candler Co Superior court for probation revocation for 2sts burglary. I was found not guilty of the burglarys but Judge McMillan violated 5yrs of my probation for being in possession of stolen property. Receiving stolen property is not a lesser charge of burglary so I appealed my conviction and my case a verdict was overturned on April 29, 2005 but I'm still being held when I should have been released on March 11 2005.
Sheriff Homer Bell on Mar. 3, 2003 had myself (Willie J Mercer) taken to a doctors appointment at which time he told Sulon Henry Rogers to have the appointment billed to the State even though I didn't appear in court till eight days later. He also told me that from Dec 5, 2004 on my first interview that he was sending me to prison.

5

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for pain and suffering and emotional stress and lawsuit

to the best of my knowledge
I declare under penalty of perjury that the foregoing is true and correct.

Signed this __5__ day of __June__, __2005__

Prisoner No. _____    _Willie J. Mercer SR._
(Signature of Plaintiff)

6